GREEN HILLS PRODUCTION CREDIT ASSOCIATION, Respondent,

v.

Charles E. BLESSING and Lois Lee Blessing, Appellants.

No. WD 35967.

Missouri Court of Appeals, Western District.

March 12, 1985.

Kenneth C. Hensley, Gallatin, for appellants.

R.E. Moulthrop, Bethany, for respondent.

Before CLARK, P.J., and SOMERVILLE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from judgment for plaintiffs entered upon jury trial in action to recover on promissory notes.

Judgment affirmed. Rule 84.16(b).